# United States Court of Appeals
## For the First Circuit

No. 01-2054

GARY W. LAPINE,

Plaintiff, Appellee,

v.

TOWN OF WELLESLEY,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on September 4, 2002 is amended as follows:

Page 22, lines 19-20:  delete ",or even the fact that the decisive motive may have been dissatisfaction with his former job,".